EXHIBIT APPENDIX


| | |
|---|---|
| 1. U.S. Navajo Treaty of 1849 | 1-3 |
| 2. U.S. Navajo Treaty of 1868 | 4-17 |
| 3. BIA approved NN Bill of Rights | 17-19 |
| 4. NN Court Jan. 28 P's motion to supplement pldg Adding parties Truck and Mr. Ickes | 20 |
| 5. NN Court Feb. 22 order allowing supplement | 24 |
| 6. NN Dec. 28 Injunction findings, opinion, judgment | 25 |
| 7. NN March 14 Amended Complaint for damages | 26 |
| 8. NN March 1 Order denying D's motion to dissolve, modify | 100 |
| 9. NN March 2 Order Special Order in Aid to satisfaction Of Preliminary Injunction | 116 |
| 10. NN order mandating all D's be bound | 118 |
| 11. NN BIA sovereign to sovereign agreement | 121 |